THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUARANTY TRUST COMPANY OF NEW YORK and Another, as Executors and Trustees under the Will of WILLIAMSON W. FULLER, Deceased (Substituted in Place of Said WILLIAMSON W. FULLER, Appellants, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Constituting the Board of Taxes and Assessments of the City of New York, and WILLIAM STANLEY MILLER, as President of Said Board of Taxes and Assessments, Respondents.

First Department, January 28, 1938.

*Thomas E. Huser* of counsel [*Lewis & Kelsey*, attorneys], for the appellants.

*Murray Sendler* of counsel [*Oscar S. Cox* with him on the brief; *Paul Windels, Corporation Counsel*], for the respondents.

PER CURIAM. We are not satisfied on the present record with the finding of the referee that the improvement on the property is inadequate. It seems to us that a little more familiarity on the part of the experts with property in the neighborhood and the ordinary rules which are followed in a proceeding of this kind might be of better aid to the court in the fixation of value.

The order confirming the 1934 final real estate assessment, and dismissing the writ of certiorari, should be reversed, with twenty dollars costs and disbursements to the appellants to abide the event, and the matter remitted to Special Term for a new hearing.

Present — MARTIN, P. J., GLENNON, UNTERMYER, DORE and CALLAHAN, JJ.

Order unanimously reversed, with twenty dollars costs and disbursements to the appellants to abide the event, and the matter remitted to Special Term for a new hearing.